UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: DECOREY L. MITCHELL,　　　　　　　Case No. 18-30554
　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　　　　　　Hon. Daniel S. Opperman
　　　　　　　Debtor.
_____/

# ORDER ALLOWING THE UNITED STATES TO LIFT THE AUTOMATIC STAY *NUNC PRO TUNC* TO ALLOW SETOFF OF DEBTOR'S 2017 FEDERAL INCOME TAX OVERPAYMENT

Upon the stipulation of the AAFES, Debtor and the Trustee,

**IT IS HERBY ORDERED** that the automatic stay is lifted, *nunc pro tunc*, to permit the United States to setoff, pursuant to 11 U.S.C. § 553, debtor's pre-petition 2017 federal individual income tax overpayment to the pre-petition claim of the AAFES in the amount of $2,019.54.

**IT IS FURTHER ORDERED** that nothing in this order shall be interpreted or construed as a determination of the rights of any non-debtor to make any claim, based upon injured spouse or otherwise, as to any portion of the 2017 federal income tax overpayment of the debtor or his spouse, if any.

**Signed on May 08, 2018**



/s/ Daniel S. Opperman
Daniel S. Opperman
United States Bankruptcy Judge